UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LESLIE J. JONES,

                 **Plaintiff,**

     v.                                             5:09-CV-1232
                                                           (FJS/VEB)

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

                 **Defendant.**
_____

**APPEARANCES**                                    **OF COUNSEL**

**McMAHON, KUBLICK & SMITH, P.C.**     **JENNIFER GALE SMITH, ESQ.**
500 South Salina Street
Suite 800
Syracuse, New York 13202
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**     **ANDREEA L. LECHLEITNER, ESQ.**
**Office of Regional General Counsel**
**Region II**
26 Federal Plaza - Room 3904
New York, New York 10278
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Bianchini's April 17, 2012 Report and Recommendation, in which he recommended that the Court deny Plaintiff's motion for judgment on the pleadings and grant Defendant's motion for judgment on the pleadings. *See* Dkt. No. 10. The parties did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Bianchini's April 17, 2012 Report and Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Bianchini's April 17, 2012 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings is **DENIED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case.

**IT IS SO ORDERED**.

Dated: May 8, 2012
      Syracuse, New York

                                      Frederick J. Scullin, Jr.
                                      Senior United States District Court Judge